**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Justin Teats<br>    Kristie Teats pka Kristie Klingensmith<br>                      Debtor(s) | BK NO. 20-01125 RNO<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                              Respectfully submitted,

                                        /s/ *Rebecca A. Solarz*
                                        Rebecca Solarz
                                        20 Oct 2020, 13:43:03, EDT

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322