United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 20-01125-RNO
Justin Teats  Chapter 13
Kristie Teats
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-4   User: AutoDocke   Page 1 of 2
Date Rcvd: Nov 09, 2020   Form ID: trc   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5321826 | + PHEAA FRN, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James McClure | on behalf of Debtor 1 Justin Teats jmcclure@bmzlaw.com  nvargas@bmzlaw.com;plarson@bmzlaw.com |
| James McClure | on behalf of Debtor 2 Kristie Teats jmcclure@bmzlaw.com  nvargas@bmzlaw.com;plarson@bmzlaw.com |
| Justin L McCall | on behalf of Creditor First Commonwealth Bank jmccall@lenderlaw.com  kpenn@lenderlaw.com;pjaquish@lenderlaw.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | |

on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:20-bk-01125-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Justin Teats
505 Philips Street
Philipsburg PA 16866

Kristie Teats
505 Philips Street
Philipsburg PA 16866

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/06/2020.

Name and Address of Alleged Transferor(s):

Claim No. 9: PHEAA FRN, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 551160408
Educational Credit Management Corporatio
P.O. Box 16408
St. Paul, MN 551160408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/11/20

Terrence S. Miller
**CLERK OF THE COURT**