# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JUSTIN TEATS : Case No. **4:20--BK-01125-RNO**
KRISTIE TEATS :
          Debtor : Chapter 13

## CERTIFICATE OF SERVICE OF FIRST AMENDED CHAPTER 13 PLAN

I certify under penalty of perjury that I served the December 7, 2020 Order Confirming Amended Plan on the parties at the addresses specified below on December 7, 2020.

| Name and Address | Mode of Service |
|---|---|
| SEE ATTACHED | First Class Mail, Postage Pre-paid |

EXECUTED ON: December 7, 2020

    Name: /s/ James M. McClure, Esquire
           Printed Name of Attorney

    Address: BMZ Law, 113 Fourth Street
            Huntingdon, PA 16652