UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

IN RE:
JUSTIN TEATS
KRISTIE TEATS
      DEBTOR

CASE NO. 4:20-bk-01125-MJC
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                          FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE: 04/29/2024

OLD NOTICE ADDRESS:        10500 Kincaid Drive, Suite 300
                                            Fishers, IN 46037-9764

NEW NOTICE ADDRESS:       11988 Exit 5 Parkway, Building 4
                                            Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:     10500 Kincaid Drive, Suite 300
                                            Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:    11988 Exit 5 Parkway, Building 4
                                            Fishers, IN 46037-7939

Dated: September 18, 2024

                                             */s/Lorri Beltz*
                                             Lorri Beltz, Vice President, Default
                                             Freedom Mortgage Corporation
                                             11988 Exit 5 Parkway, Building 4
                                             Fishers, IN 46037-7939
                                             Telephone: (855) 690-5900

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**WILLIAMSPORT DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **JUSTIN TEATS** | **CASE NO. 4:20-bk-01125-MJC** |
| **KRISTIE TEATS** | **CHAPTER 13** |
| **DEBTOR** | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

<u>Via First Class Mail:</u>

JAMES MCCLURE
BMZ LAW
113 4th St
Huntingdon PA 16652-1417
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

JUSTIN TEATS
KRISTIE TEATS
505 Philips St
Philipsburg PA 16866-1843
*Debtor*

<u>This 18th Day of September, 2024</u>

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900