Certificate Number: 05781-PAM-DE-039477951

Bankruptcy Case Number: 20-01125


05781-PAM-DE-039477951

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>March 24, 2025</u>, at <u>4:34</u> o'clock <u>PM PDT</u>, <u>Kristie Teats</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   March 24, 2025              By:   /s/Allison M Geving

                                                                  Name:   Allison M Geving

                                                                  Title:   President